PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUN -3 PM 12: 40

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.    Docket # 8:92CR14

Roy Peter Williams

On July 28, 1993, Roy Williams was sentenced to 236 months custody, to be followed by 5 years of supervised release. On March 3, 2008, his sentence was reduced to 179 months custody and 5 years supervised release as a result of the crack retroactive amendment. The period of supervised release commenced on March 13, 2008. Mr. Williams has complied with the rules and regulations of supervised release and is no longer in need of supervision.

Respectfully submitted,

*Michael R. Norton*

Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___3rd___ day of ___June___, 2010.

United States Senior District Judge